UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Andrea M., | File No. 25-cv-1577 (ECT/LIB) |
|     Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Frank Bisignano, *Commissioner of Social Security Administration*, | |
|     Defendant. | |

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on June 29, 2026.  ECF No. 13.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.      The Report and Recommendation [ECF No. 13] is **ACCEPTED**;

2.      Plaintiff's request for relief [ECF No. 9] is **DENIED**; and

3.      Defendant's request for relief [ECF No. 10] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 14, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court